| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Alans Corner, LLC**<br>Name | EIN **26–4821047** |
| United States Bankruptcy Court **Eastern District of Virginia**<br>Case number: **17–12669–BFK** | | Date case filed for chapter **7**  **August 3, 2017** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                              12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Alans Corner, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 5484 Rodriguez Lane<br>Haymarket, VA 20169 | |
| **4. Debtor's attorney**<br>Name and address | John Paul Goetz<br>John Goetz Law, PLC<br>86 W. Shirley Avenue<br>Warrenton, VA 20186 | Contact phone (540) 359–6605<br>Email: docs@johngoetzlaw.com;jpgdocs74@gmail.com |
| **5. Bankruptcy trustee**<br>Name and address | Janet M. Meiburger<br>The Meiburger Law Firm, P.C.<br>1493 Chain Bridge Road, Suite 201<br>McLean, VA 22101–5726 | Contact phone 703–556–9404<br>Email: trustee@meiburgerlaw.com |
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: August 4, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 7, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**115 South Union Street, Suite 206, Alexandria, VA 22314** |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page 1

Debtor  **Alans Corner, LLC**                                                                                           Case number **17–12669–BFK**

| | | |
|---|---|---|
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 11. | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |
| *Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)* | | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                 page **2**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 17-12669-BFK
Alans Corner, LLC                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: glennj              Page 1 of 1              Date Rcvd: Aug 04, 2017
                              Form ID: 309C             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db          +Alans Corner, LLC,    5484 Rodriguez Lane,    Haymarket, VA 20169-6102
aty         +Benjamin P. Smith,    Shulman, Rogers, Gandal, Pordy,    & Ecker, PA,
              12505 Park Potomac Avenue, Sixth Floor,    Potomac, MD 20854-6802
cr          +EagleBank,   c/o Benjamin P. Smith,    Shulman, Rogers, Gandal, Pordy & Ecker,
              12505 Park Potomac Ave, 6th Floor,    Potomac, MD 20854-6803
14001889    +Alan D. Berlin,    5484 Rodriguez Lane,    Haymarket, VA 20169-6102
14001890    +Business Finance Group,    3930 Pender Drive #300,    Fairfax, VA 22030-0986
14001891    +Carolyn H. Berlin,    5484 Rodriguez Lane,    Haymarket, VA 20169-6102
14001892    +Discovery Station LLC,    5313 Kernstown Ct.,    Haymarket, VA 20169-4504
14001893    +Eagle Bank,   7830 Old Georgetown Road,    3rd Floor,    Bethesda, MD 20814-2465
14001894    +Mark Albanese, Esq,    4041 University Drive,    Suite 301,    Fairfax, VA 22030-3410
14001895    +Shulman & Rogers,    12505 Park Potomac Ave,    6th Floor,    Potomac, MD 20854-6803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: docs@johngoetzlaw.com Aug 05 2017 01:50:31      John Paul Goetz,
              John Goetz Law, PLC,   86 W. Shirley Avenue,    Warrenton, VA  20186
tr           EDI: BJMMEIBURGER.COM Aug 05 2017 01:48:00      Janet M. Meiburger,
              The Meiburger Law Firm, P.C.,   1493 Chain Bridge Road, Suite 201,    McLean, VA  22101-5726
14001896    +E-mail/Text: bankruptcynotices@sba.gov Aug 05 2017 01:50:37      U.S. Small Business Admin.,
              409 3rd Street SW,    Washington, DC 20416-0005
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
              Janet M. Meiburger    trustee@meiburgerlaw.com, VA41@ecfcbis.com
              John Paul Goetz    on behalf of Debtor    Alans Corner, LLC
               docs@johngoetzlaw.com;jpgdocs74@gmail.com, jpgdocs74@gmail.com;john@johngoetzlaw.com
              Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
                                                                                              TOTAL: 3