IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In Re: | ) |
| | ) |
| ALANS CORNER, LLC, | ) Case No. 17-12669-BFK |
| | ) |
| Debtor. | ) |

## LIMITED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of the Small Business Administration in this matter. This entry of appearance is explicitly limited to representation of the Small Business Administration in the underlying bankruptcy proceeding and does not encompass representation of any other Federal entity, nor representation in any contested matter, or adversary proceeding.

IN ADDITION, the entry of this limited appearance is: (i) not intended to be, and should not be treated as, a waiver of service of the motion, objection, or other paper initiating this contested matter under Fed. R. Bankr. Pro. 2002, 7004, 9014, or any other rule; (ii) is filed without prejudice to the rights of the United States to proper service of process; (iii) and shall not be deemed to be a waiver of the right to: have final orders in non-core matters entered only after de novo review by a district judge; trial by jury; withdrawal of the reference; or any other rights, claims, actions, set offs, recoupments, including the right of sovereign immunity to which the United States may be entitled. The United States further reserves all defenses, including the

Robert K. Coulter
Assistant United States Attorney
VSB: 42512
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Fax: (703) 299-2584
Counsel for the United States of America

FRCP 12(b) defenses of lack of subject matter jurisdiction, lack of personal jurisdiction, insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted.

        Respectfully submitted,

        Dane J. Boente
        United States Attorney

By: */s/ Robert K. Coulter*
    Robert K. Coulter
    Assistant United States Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Tel: (703) 299-3745

## CERTIFICATE OF SERVICE

I certify a copy of foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system.   Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date:   August 10, 2017

>  */s/ Robert K. Coulter*
>  Robert K. Coulter