**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE:<br><br>ALANS CORNER, LLC<br><br>Debtors | Case No. 17-12669-BFK<br>Chapter 7 |
| JANET M. MEIBURGER, Trustee,<br><br>Plaintiff<br><br>v.<br><br>DISCOVERY STATION, LLC<br><br>Defendant | Adv. Pro. No. 17-01132-BFK |

**MOTION FOR ENTRY OF MONEY JUDGMENT
AGAINST DISCOVERY STATION, LLC**

Janet M. Meiburger, Trustee, Plaintiff herein, by counsel, hereby moves for entry of a money judgment against Discovery Station, LLC ("Discovery Station"), the Defendant herein, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, made applicable by Rule 7055 of the Federal Rules of Bankruptcy Procedure. In support of this Motion, Plaintiff states as follows:

1. A default judgment has been entered against the Defendant, Discovery Station, LLC, for rent owed to the Debtor (Docket No.10). However, at the Trustee's request, the default judgment did not establish the amount of rent owed. The Trustee now seeks entry of a money judgment as to which the Trustee can begin collection action.

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel for Plaintiff

**BACKGROUND**

2. On May 15, 2009, the Debtor entered into a lease of the Debtor's real property located at 43184 Town Hall Plaza, Chantilly, Virginia 20152 (the "Property") with the Defendant, Discovery Station, LLC, as tenant (the "Lease"). The Lease provides that the rent payable under the Lease was to consist of the debt service on the first mortgage on the Property in the amount of $3,832,000.00; the debt service on the U.S. Small Business Administration second mortgage on the Property; and the real estate taxes, property owner association dues, utilities and insurance on the Property.

3. According to the motion for relief from the automatic stay filed on behalf of EagleBank, the holder of the first mortgage, the first mortgage has not been paid since December, 2016, and the mortgage was in arrears in the amount of $276,872.73 as of September 18, 2017. Additional arrearages have occurred since that time.

4. In addition, on information and belief, Discovery Station did not make any payments on the SBA mortgage in 2017. However, the Trustee has been unable to determine the arrearages on the SBA mortgage.

5. Discovery Station has not made any real estate tax payments since the beginning of 2017. As a result, the bankruptcy estate was required to pay $67,200.24 in past due real estate taxes at the closing on the sale of the Property, as shown on Exhibit A.

6. At a minimum, Discovery Station, LLC owes the Debtor $344,072.97 ($276,872.73 + $67,200.24) in unpaid rent under the Lease. Therefore, the Trustee requests that a money judgment be entered against Discovery Station, LLC in the amount of $344,072.97.

WHEREFORE, Janet M. Meiburger, Trustee, Plaintiff herein, by counsel, respectfully requests that the Court enter a judgment in the amount of $344,072.97 against Discovery Station,

LLC, and grant such other and further relief as the Court deems appropriate under the circumstances.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: July 20, 2018

By: /s/Janet M. Meiburger

Janet M. Meiburger, VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2018, a true and correct copy of the foregoing Motion for Entry of Money Judgment against Discovery Station, LLC will be served by ECF e-mail pursuant to the applicable Standing Order of the Court and by first class mail, postage prepaid, on the following:

Mark S. Albanese
4041 University Drive, Suite 301
Fairfax, VA 22030
*Registered Agent for Discovery Station, LLC*

Lee Berlin
5313 Kernstown Court
Haymarket, VA 20169

Carolyn H. Berlin
5484 Rodriguez Lane
Haymarket, VA 20169

/s/ Janet M. Meiburger
Janet M. Meiburger

# EXHIBIT A



# A. Settlement Statement (HUD-1)

**B. Type of Loan**

1. ☐ FHA 2. ☐ RHS 3. ☐ Conv. Unins. 4. ☐ VA 5. ☐ Conv. Ins.

6. File Number:

7. Loan Number:

8. Mortgage Insurance Case Number:

**C. Note:** *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

| D. Name and Address of Borrower: | E. Name and Address of Seller: | F. Name and Address of Lender: |
|---|---|---|
| Chantilly, VA (43184 Town Hall Plaza) LLC<br>43184 Town Hall Plaza<br>Chantilly, VA 20152 | Janet M. Meiburger, Chapter 7 Bankruptcy Trustee<br>1493 Chain Bridge Road<br>McLean, VA 22101 | Associated Bank, NA |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 43184 Town Hall Plaza<br>Chantilly, VA 20152<br>Loudoun County, Virginia | RL Title and Escrow, Inc<br>8500 Leesburg Pike Suite 400<br>Vienna, VA 22182<br>Ph. (703)942-6464<br>Place of Settlement:<br>8500 Leesburg Pike Suite 400<br>Vienna, VA 22182 | July 20, 2018 |

| J. Summary of Borrower's transaction | | K. Summary of Seller's transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower:** | | **400. Gross Amount Due to Seller:** | |
| 101. Contract sales price | 4,300,000.00 | 401. Contract sales price | 4,300,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement Charges to Borrower (Line 1400) | 575,534.26 | 403. | |
| 104. Blocked Pledge Account | 365,000.00 | 404. | |
| 105. Property Operating Account | 281,388.03 | 405. | |
| **Adjustments for items paid by Seller in advance** | | **Adjustments for items paid by Seller in advance** | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | 5,521,922.29 | **420. Gross Amount Due to Seller** | 4,300,000.00 |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due Seller:** | |
| 201. Deposit or earnest money | 50,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 4,645,250.00 | 502. Settlement charges to Seller (Line 1400) | 248,250.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage to Eagle Bank | 3,704,354.92 |
| 205. | | 505. Payoff Second Mortgage to Small Business Administr. | 170,000.00 |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. Survey Credit | 5,000.00 | 508. Survey Credit | 5,000.00 |
| 209. | | 509. | |
| **Adjustments for items unpaid by Seller** | | **Adjustments for items unpaid by Seller** | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes 07/01/18 to 07/19/18 | 1,922.29 | 511. County Taxes 07/01/18 to 07/19/18 | 1,922.29 |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. Past Due RE Taxes to Loudoun County | 67,200.24 |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | 4,702,172.29 | **520. Total Reduction Amount Due Seller** | 4,196,727.45 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at settlement to/from Seller** | |
| 301. Gross amount due from Borrower (line 120) | 5,521,922.29 | 601. Gross amount due to Seller (line 420) | 4,300,000.00 |
| 302. Less amount paid by/for Borrower (line 220) | ( 4,702,172.29) | 602. Less reductions due Seller (line 520) | ( 4,196,727.45) |
| **303. Cash** ☒ From ☐ To Borrower | 819,750.00 | **603. Cash** ☒ To ☐ From Seller | 103,272.55 |

* Paid outside of closing by borrower(B), seller(S), lender(L) or third party(T)

The undersigned hereby acknowledge receipt of a completed copy of this statement & any attachments referred to herein

Borrower Chantilly, VA (43184 Town Hall Plaza) LLC
BY: [signature]
ROBIN RASH, MANAGER

Seller Janet M. Meiburger, Chapter 7 Bankruptcy Trustee
BY: [signature] Janet M. Meiburger

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing and reporting the data. This agency may not collect this information and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

| 700. Total Real Estate Broker Fees $ 236,500.00 | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| Division of commission (line 700) as follows: | | |
| 701. $ 118,250.00 to Century 21 New Millenium | | |
| 702. $ 118,250.00 to MacKenzie Commerical Real Estate Services, LLC | | |
| 703. Commission paid at settlement | | 236,500.00 |
| 704. | | |
| **800. Items Payable In Connection with Loan** | | |
| 801. Our origination charge $ (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen $ (from GFE #2) | | |
| 803. Your adjusted origination charges (from GFE #A) | 0.00 | |
| 804. Appraisal fee to Associated Bank, NA (from GFE #3) | 3,750.00 | |
| 805. Credit Report to (from GFE #3) | | |
| 806. Tax service to Associated Bank, NA (from GFE #3) | 75.00 | |
| 807. Flood certification to Associated Bank, NA (from GFE #3) | 15.00 | |
| 808. Environmental Review Fe to Associated Bank, NA (from GFE #3) | 400.00 | |
| 809. Attorney Fees/Cost to Duane Morris, LLP (from GFE #3) | 10,804.00 | |
| 810. Loan Commitment Fee to Associated Bank, NA (from GFE #3) | 17,419.69 | |
| 811. (from GFE #3) | | |
| **900. Items Required by Lender to Be Paid in Advance** | | |
| 901. Daily interest charges from 07/20/18 to 08/01/18 12 @ $/day (from GFE #10) | | |
| 902. Mortgage insurance premium for months to (from GFE #3) | | |
| 903. Homeowner's Insurance for years to (from GFE #11) | | |
| 904. (from GFE #11) | | |
| 905. (from GFE #11) | | |
| **1000. Reserves Deposited with Lender** | | |
| 1001. Initial deposit for your escrow account (from GFE #9) | | |
| 1002. Homeowner's insurance months @ $ per month $ | | |
| 1003. Mortgage insurance months @ $ per month $ | | |
| 1004. Property taxes $ | | |
| 1005. $ | | |
| 1006. months @ $ per month $ | | |
| 1007. months @ $ per month $ | | |
| 1008. $ | | |
| 1009. $ | | |
| **1100. Title Charges** | | |
| 1101. Title services and lender's title insurance (from GFE #4) | 150.00 | |
| 1102. Settlement or closing fee to RL Title and Escrow, Inc. $ | | 1,000.00 |
| 1103. Owner's title insurance to (from GFE #5) | 5,375.00 | |
| 1104. Lender's title insurance to $ | | |
| 1105. Lender's title policy limit $ | | |
| 1106. Owner's title policy limit $ | | |
| 1107. Agent's portion of the total title insurance premium $ | | |
| 1108. Underwriter's portion of the total title insurance premium $ | | |
| 1109. Courier Fee to RL Title and Escrow, Inc $ | 70.00 | |
| 1110. Settlement and Closing Fee to RL Title and Escrow, Inc. $ | 2,500.00 | |
| 1111. Title Policy Endorsements to First American $ | 2,250.00 | |
| 1112. Search and Exam to First American $ | 1,066.00 | |
| 1113. Copies to First American $ | 25.00 | |
| 1114. Policy Increase to First American $ | 431.56 | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Government recording charges to Clerk of the Circuit Court (from GFE #7) | 153.00 | |
| 1202. Deed $ 43.00 Mortgage $ 56.00 Releases $ Other $ 54.00 | | |
| 1203. Transfer taxes to Clerk of the Circuit Court (from GFE #8) | 29,817.64 | |
| 1204. City/County tax/stamps Grantee Tax $ 3,583.32 Grantee Tax $ 3,871.07 | | |
| 1205. State tax/stamps Grantee Tax $10,750.00 Grantee Tax $ 11,613.25 | | |
| 1206. Grantor Deed Recording Tax to Clerk of the Circuit Court | | 4,300.00 |
| 1207. Regional Congestion Relief Fee to Clerk of the Circuit Court | | 6,450.00 |
| **1300. Additional Settlement Charges** | | |
| 1301. Required services that you can shop for (from GFE #6) | | |
| 1302. Leasing Legal Fee to InSite Real Estate, L.L.C $ | 30,000.00 | |
| 1303. Survey Credit to InSite Capital Predev $ | 5,000.00 | |
| 1304. 2018 Real Estate Tax Proration to InSite Capital Predev $ | 1,922.29 | |
| 1305. Project Filing Fees to InSite Capital, L.L.C $ | 35,000.00 | |
| 1306. Acquisition Fee to InSite Real Estate, L.L.C $ | 100,000.00 | |
| 1307. Developer Overhead Fee to InSite Real Estate, L.L.C $ | 175,000.00 | |
| 1308. Project Management Fee to InSite Real Estate, L.L.C $ | 75,000.00 | |
| 1309. Reimburse Earnest Money to InSite Capital Predev $ | 50,000.00 | |
| 1310. Reimburse Due Diligence to InSite Capital Predev $ | 29,310.08 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 575,534.26 | 248,250.00 |

* Paid outside of closing by borrower(B) seller(S) lender(L) or third party(T)

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 & 3 of this three page statement

Amir Raminpour

RL Title and Escrow, Inc., Settlement Agent

# HUD-1 Attachment

**Borrower (s):** Chantilly, VA (43184 Town Hall Plaza) LLC
43184 Town Hall Plaza
Chantilly, VA 20152

**Seller(s):** Janet M. Meiburger, Chapter 7 Bankruptcy Trustee

**Lender:** Associated Bank, NA
**Settlement Agent:** RL Title and Escrow, Inc.
(703)942-6464
**Place of Settlement:** 8500 Leesburg Pike Suite 400
Vienna, VA 22182
**Settlement Date:** July 20, 2018
**Property Location:** 43184 Town Hall Plaza
Chantilly, VA 20152
Loudoun County, Virginia

## Borrower Loan Payoff Details

**Blocked Pledge Account** **to Associated Bank, NA**

| | | | | |
|---|---|---|---|---|
| Loan Payoff | | As of | | |
| Total Additional Interest | | | days @ | Per Diem |
| **Total Loan Payoff** | 365,000.00 | | | |

**Property Operating Account** **to Associated Bank, NA**

| | | | | |
|---|---|---|---|---|
| Loan Payoff | | As of | | |
| Total Additional Interest | | | days @ | Per Diem |
| **Total Loan Payoff** | 281,388.03 | | | |

## Seller Loan Payoff Details

**Payoff First Mortgage** **to Eagle Bank**

| | | | | |
|---|---|---|---|---|
| Loan Payoff | | As of | | |
| Total Additional Interest | | | days @ | Per Diem |
| **Total Loan Payoff** | 3,704,354.92 | | | |

**Payoff Second Mortgage** **to Small Business Administration**

| | | | | |
|---|---|---|---|---|
| Loan Payoff | | As of | | |
| Total Additional Interest | | | days @ | Per Diem |
| **Total Loan Payoff** | 170,000.00 | | | |

## Title Services and Lender's Title Insurance Details

| | BORROWER | SELLER |
|---|---|---|
| Lender's Title Policy<br>to RL Title and Escrow, Inc. | 150.00 | |
| **Total** | $ 150.00 | $ 0.00 |

## Settlement or Closing Fee Details

| | BORROWER | SELLER |
|---|---|---|
| Settlement and Closing Fee<br>to RL Title and Escrow, Inc. | | 1,000.00 |
| **Total** | $ 0.00 | $ 1,000.00 |

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

| Owner's Title Insurance | | BORROWER | SELLER |
|---|---|---|---|
| | Total | $ 5,375.00 | $ 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Chantilly VA (43184 Town Hall Plaza) LLC
BY: ____
ROBIN RASH, MANAGER

Janet M. Meiburger, Chapter 7 Bankruptcy Trustee
BY: ____

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.