# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria)

| | | |
|---|---|---|
| In Re: | : | |
| ALANS CORNER, LLC | : | Case No. 17-12669-BFK |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | |
| EAGLEBANK | : | |
| Movant, | : | |
| vs. | : | |
| ALANS CORNER, LLC, Debtor | : | |
| and | : | |
| JANET M. MEIBURGER, Trustee | : | |
| Respondents. | : | |

**NOTICE OF OPPORTUNITY TO OBJECT TO MOTION FOR RELIEF FROM
<u>AUTOMATIC STAY AND HEARING THEREON</u>**

      EagleBank, a secured creditor in this case, has filed papers with the Court to obtain relief from the provisions of the automatic stay of the Bankruptcy Code with regard to certain real property more particularly described in those papers which are attached hereto.

      <u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one)**

Benjamin P Smith (Va. Bar No. 90430)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
(301) 230-5241
bsmith@shulmanrogers.com
*Attorney for Movant*

**If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within 14 days from the date of service of this motion, you must file a written response explaining your position with the Court and serve a copy on the movant. Unless a written response is filed and served within this 14-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

**If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the 14-day period.**

**<u>A hearing on the attached motion is scheduled to be held on October 18, 2017, at 9:30 a.m. in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria VA 22314</u>.**

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion for Relief from Automatic Stay and may enter an order granting the relief.**

Dated: September 26th, 2017        Respectfully submitted,

        **SHULMAN, ROGERS, GANDAL,
        PORDY & ECKER, P.A.**

By:     /s/ Benjamin P Smith
        Benjamin P. Smith (Va. Bar No. 90430)
        12505 Park Potomac Avenue, Sixth Floor
        Potomac, Maryland 20854
        TEL:   (301) 230-5241
        FAX:   (301) 230-2891
        Email: bsmith@shulmanrogers.com

*Attorney for Movant*