**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALANS CORNER, LLC ) | Case No. 17-12669-BFK |
| ) | Chapter 7 |
| ) | |
| Debtor ) | |

**ORDER APPROVING REAL ESTATE LISTING
AGREEMENT AND EMPLOYMENT OF REALTOR**

UPON CONSIDERATION of the Trustee's Application for Approval of Real Estate

Listing Agreement and Employment of Realtor (the "Application"), and it appearing to the Court

that the Application is proper and should be granted, it is by the Court

ORDERED, that the Listing Agreement attached to the Application be, and hereby is,

approved; and it is further

ORDERED, that Stephen Karbelk of the firm Century 21 New Millennium be, and he is

hereby, authorized and designated as the listing agent for the real property located at 43184 Town

Hall Plaza, South Riding, Virginia 20152, with his compensation, if any, to be subject to further

order of the Court; and it is further

ORDERED, that no agent or broker in any Century 21 office may represent a buyer for the

purchase of 43184 Town Hall Plaza, South Riding, Virginia 20152, except as approved by the

Court; and it is further

ORDERED, that an agent or broker operating from a franchised, independently owned and

operated, Century 21 office may represent a buyer for the purchase of 43184 Town Hall Plaza,

South Riding, Virginia 20152; and it is further

ORDERED, that any provision in the Listing Agreement, attached to the Application,

allowing designated representation or dual representation by agents or brokers in a Century 21

office is not approved and not permitted except as set forth herein.


Date: Nov 3 2017

/s/ Brian F. Kenney

UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: November 7, 2017


I ASK FOR THIS:


/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871
*Proposed Counsel to the Chapter 7 Trustee*


SEEN AND NO OBJECTION:


/s/ Jack I. Frankel
Jack I. Frankel, Esq.
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314
Phone: (703) 557-7229

**PARTIES TO RECEIVE COPIES BY MAIL**

NONE.