UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: ALANS CORNER, LLC | § | Case No. 17-12669-BFK |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 03, 2017.  The undersigned trustee was appointed on August 04, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         4,330,000.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 3,941,555.16 |
| Administrative expenses | 269,256.19 |
| Bank service fees | 350.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]       $ | 118,838.24 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/18/2018 and the deadline for filing governmental claims was 01/30/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $153,150.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $118,193.63, for a total compensation of $118,193.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $294.61, for total expenses of $294.61.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/12/2019          By: /s/Janet M. Meiburger
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-12669-BFK  
**Case Name:** ALANS CORNER, LLC  

**Period Ending:** 04/12/19

**Trustee:** (660410) Janet M. Meiburger  
**Filed (f) or Converted (c):** 08/03/17 (f)  
**§341(a) Meeting Date:** 09/07/17  
**Claims Bar Date:** 01/18/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 43184 Town Hall Plaza, South Riding, Virginia 20 | 3,000,000.00 | 100,000.00 | | 4,300,000.00 | FA |
| 2 | Small Business Checking Account at EagleBank, xx | 2,852.17 | 2,852.17 | | 0.00 | FA |
| 3 | Claim for Unpaid Rent Against Discovery Station | Unknown | 276,872.73 | | 30,000.00 | FA |
| 3 | **Assets Totals** (Excluding unknown values) | **$3,002,852.17** | **$379,724.90** | | **$4,330,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/14/2018 - The Court has approved the sale of the Debtor's real estate and closing is scheduled for 7/20/2018.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2019    **Current Projected Date Of Final Report (TFR):**    June 30, 2019

Printed: 04/12/2019 04:26 PM    V.14.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-12669-BFK  
**Case Name:** ALANS CORNER, LLC  
**Taxpayer ID #:** **-***1047  
**Period Ending:** 04/12/19  

**Trustee:** Janet M. Meiburger (660410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/25/18 | | RL Title and Escrow, Inc. | Proceeds from Sale of Real Property Located at 43184 Town Hall Plaza Per Court Order (Docket No. 54) | | | 103,272.55 | | 103,272.55 |
| | {1} | | Proceeds from Sale of 43184 Town Hall Plaza | 4,300,000.00 | 1110-000 | | | 103,272.55 |
| | | EagleBank | Payoff 1st Mortgage to Eagle Bank | -3,704,354.92 | 4110-000 | | | 103,272.55 |
| | | US Small Business Administration | Payoff 2nd Mortgage to Small Business Administration | -170,000.00 | 4110-000 | | | 103,272.55 |
| | | | County Taxes from 7/1/18 to 7/19/18 | -1,922.29 | 2820-000 | | | 103,272.55 |
| | | Treasurer, County of Loudoun, Virginia | Past Due RE Taxes to Loudoun County | -67,200.24 | 4120-000 | | | 103,272.55 |
| | | | Realtor Commission to Century 21 New Millenium | -118,250.00 | 3510-000 | | | 103,272.55 |
| | | | Realtor Commission to MacKenzie Commercial Real Estate Services, LLC | -118,250.00 | 3510-000 | | | 103,272.55 |
| | | | Closing Costs | -16,750.00 | 2500-000 | | | 103,272.55 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.75 | 103,247.80 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 153.45 | 103,094.35 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 79.08 | 103,015.27 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 93.13 | 102,922.14 |
| 11/09/18 | {3} | KinderCare Education LLC | Payment for settlement of Adversary Proceeding per court order (Docket No. 60) | | 1129-000 | 30,000.00 | | 132,922.14 |
| 03/18/19 | 101 | THE MEIBURGER LAW FIRM, P.C. | Payment for Compensation Per Court Order (Docket No. 66) | | 3110-000 | | 14,012.50 | 118,909.64 |
| 03/18/19 | 102 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/18/2019 FOR CASE #17-12669 Voided on 03/20/19 | | 2300-000 | | 68.53 | 118,841.11 |
| 03/20/19 | 102 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/18/2019 FOR CASE #17-12669 Voided: check issued on 03/18/19 | | 2300-000 | | -68.53 | 118,909.64 |
| 03/21/19 | 103 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER | | 2300-000 | | 71.40 | 118,838.24 |

Subtotals: $133,272.55  $14,434.31

{} Asset reference(s)

Printed: 04/12/2019 04:26 PM    V.14.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 17-12669-BFK | **Trustee:** Janet M. Meiburger (660410) |
| **Case Name:** ALANS CORNER, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8066 - Checking Account |
| **Taxpayer ID #:** **-***1047 | **Blanket Bond:** $3,000,000.00 (per case limit) |
| **Period Ending:** 04/12/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 03/21/2019 FOR CASE #17-12669 | | | | |
| | | | **ACCOUNT TOTALS** | | 133,272.55 | 14,434.31 | $118,838.24 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 133,272.55 | 14,434.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$133,272.55** | **$14,434.31** | |

| | |
|---|---|
| Net Receipts : | 133,272.55 |
| Plus Gross Adjustments : | 4,196,727.45 |
| Net Estate : | $4,330,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8066** | 133,272.55 | 14,434.31 | 118,838.24 |
| | **$133,272.55** | **$14,434.31** | **$118,838.24** |

{} Asset reference(s)                                                                                   Printed: 04/12/2019 04:26 PM    V.14.50

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 18, 2018

**Case Number:** 17-12669-BFK  
**Debtor Name:** ALANS CORNER, LLC  

Page: 1

**Date:** April 12, 2019  
**Time:** 04:27:19 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Janet M. Meiburger<br>1493 Chain Bridge Rd, Ste 201<br>McLean, VA 22101 | Admin Ch. 7 | ALLOWED. | $118,193.63 | $0.00 | 118,193.63 |
| 200 | Janet M. Meiburger<br>1493 Chain Bridge Rd, Ste 201<br>McLean, VA 22101 | Admin Ch. 7 | ALLOWED. | $294.61 | $0.00 | 294.61 |
| 200 | The Meiburger Law Firm, P.C.<br>1493 Chain Bridge Road, Suite 201<br>McLean, VA 22101 | Admin Ch. 7 | ALLOWED. PAID PER COURT ORDER (DOCKET NO. 66). | $14,012.50 | $14,012.50 | 0.00 |
| 200 | U.S. Bankruptcy Court<br>200 S. Washington Street<br>Alexandria, VA 22314 | Admin Ch. 7 | ALLOWED. | $350.00 | $0.00 | 350.00 |
| 1<br>100 | US Small Business Administration<br>409 3rd Street SW 2d Floor<br>Washington, DC 20416 | Secured | PAID AT CLOSING IN REDUCED AMOUNT PER AGREEMENT WITH CREDITOR AND COURT ORDER (DOCKET NO. 54). | $1,545,676.84 | $170,000.00 | 1,375,676.84 |
| 2<br>100 | Treasurer, County of Loudoun, Virginia<br>Attention: Collections/Bankruptcy Div.<br>P O BOX 347 (MSC #31)<br>Leesburg, VA 20178-0347 | Secured | PAID AT CLOSING PER COURT ORDER (DOCKET NO. 54). | $67,200.24 | $67,200.24 | 0.00 |
| 3<br>100 | EagleBank<br>c/o Benjamin P. Smith, Esq.,Shulman Rogers Gandal Pordy & Ecker, PA,12505 Pa<br>Potomac, MD 20854 | Secured | PAID AT CLOSING PER COURT ORDER (DOCKET NO. 54). | $3,704,354.92 | $3,704,354.92 | 0.00 |
| **<< Totals >>** | | | | 5,450,082.74 | 3,955,567.66 | 1,494,515.08 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-12669-BFK
Case Name: ALANS CORNER, LLC
Trustee Name: Janet M. Meiburger

**Balance on hand:** $ 118,838.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | US Small Business Administration | 1,545,676.84 | 1,545,676.84 | 170,000.00 | 0.00 |
| 2 | Treasurer, County of Loudoun, Virginia | 40,909.68 | 67,200.24 | 67,200.24 | 0.00 |
| 3 | EagleBank | 3,556,930.19 | 3,704,354.92 | 3,704,354.92 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 118,838.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Janet M. Meiburger | 118,193.63 | 0.00 | 118,193.63 |
| Trustee, Expenses - Janet M. Meiburger | 294.61 | 0.00 | 294.61 |
| Attorney for Trustee, Fees - The Meiburger Law Firm, P.C. | 14,012.50 | 14,012.50 | 0.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses: $ 118,838.24
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:     $    0.00
    Remaining balance:     $    0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for timely general unsecured claims:     $    0.00
    Remaining balance:     $    0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for tardy general unsecured claims:     $    0.00
    Remaining balance:     $    0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**